IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01814-LTB

FRANKIE L. MCCONNELL,

    Plaintiff,

v.

CHRISTINE ALFONSO,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 19, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 19 day of September, 2012.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk


                            By: s/L. Gianelli
                                Deputy Clerk